**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| RICHARD CORDOVA, | § | |
| | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. C-06-179 |
| | § | |
| CITY OF ARANSAS PASS, ET AL., | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 9, 2006, the Court conducted a scheduled Initial Pretrial Conference.   Due to Plaintiff's negligence and inattention, Defendants have not been served.  Plaintiff's action has required the Court to reschedule the Initial Pretrial Conference to Monday, June 19, 2006, at 1:00 P.M.

The parties' Joint Discovery/Case Management Plan must be filed before the June 19, 2006 Conference.

SIGNED and ENTERED on the 9th day of June, 2006.

_____
Janis Graham Jack
United States District Judge